JS - 6/ENTER

FILED
MAR - 9 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EDWARD HUGHES,<br><br>    Petitioner,<br><br>    v.<br><br>R. PHILLIP GUTTIERREZ,<br><br>    Respondent. | Case No. CV 11-8744-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 8, 2012

*James V. Selna*
James V. Selna
United States District Judge